JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA DEL SOL HEALTH CARE SERVICES, INC. dba VISTA DEL SOL HEALTHCARE, a California Corporation<br><br>                    Plaintiff,<br><br>              vs.<br><br>NATIONAL LABOR RELATIONS BOARD, REGION 31, 11500 W. Olympic Boulevard, Suite 600 Los Angeles, CA 90064; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | CASE NO. CV 14-02193 MMM (FFMx)<br><br>JUDGMENT FOR DEFENDANTS |

On July 7, 2014, the court granted the motion of the National Labor Relations Board, Region 31 ("NLRB") to dismiss plaintiff Vista del Sol Health Services, Inc. d/b/a Vista del Sol Healthcare's ("Vista") complaint without prejudice but without leave to amend. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That the action be, and it is hereby, dismissed without prejudice.

DATED: July 7, 2014

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE